**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 13-1013**

————————

BRIAN L. TRUDELL,

                    Plaintiff – Appellant,

          v.

TOMMY W. ALLEN, JR., Sheriff of Anson County, North
Carolina; THE OHIO CASUALTY INSURANCE COMPANY,

                    Defendants - Appellees.

————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Robert J. Conrad,
Jr., Chief District Judge.  (3:11-cv-00542-RJC-DSC)

————————

Submitted:  April 17, 2013            Decided:  April 30, 2013

————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Brian L. Trudell, Appellant Pro Se.  Mary Craven Adams, James R.
Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, Winston-Salem,
North Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian L. Trudell appeals the district court's order granting summary judgment to the defendants on Trudell's wrongful discharge claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Trudell v. Allen, No. 3:11-cv-00542-RJC-DSC (W.D.N.C. Nov. 28, 2012). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED